**THOMAS F. PITARO, ESQ.**
Nevada Bar No. 001332
330 South Third Street
Suite #860
Las Vegas, Nevada 89101
(702) 382-9221
Attorney for Defendant
**NICHOLAS GHAFOURIA**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**UNITED STATES OF AMERICA,**

          Plaintiff,

vs.

**NICHOLAS GHAFOURIA,**

          Defendant.

Case No.  CR-S-10-00547-RLH-(RJJ)

**ORDER**

    **IT IS HEREBY ORDERED** that the Probation Department will prepare a Pre-Plea Pre-Sentence Investigation Report on Defendant Nicholas Ghafouria within 45 days.

    **DATED** this the 29th day of March, 2012.

_____
**UNITED STATES DISTRICT JUDGE**

Law Office
of
**Thomas F. Pitaro**
330 S. THIRD STREET
SUITE 860
LAS VEGAS, NV 89101
(702) 382-9221