## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

2013 FEB 28  P 1:07

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>vs.<br><br>NICHOLAS GHARFOURIA,<br><br>　　　　　Defendant. | District No.   2:10-CR-547-RLH-PAL |

### ORDER TEMPORARILY UNSEALING TRANSCRIPT

On February 19th, 2013 this court received a transcript order form dated February 11th, 2013 requesting a Transcript of the Sentencing hearing held on January 3rd, 2013 from Mr. William Gamage, Counsel for Defendant Nicholas Gharfouria, in which **a portion of the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Defendant Counsel William Gamage.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defendant Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 28 day of February, 2013.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Roger L. Hunt
　　　　　　　　　　　　　　　　　　　　　United States District Judge