**THOMAS F. PITARO, ESQ.**
Nevada Bar No. 001332
1212 S. Casino Center Blvd.
Las Vegas, Nevada  89104
(702) 382-9221
Attorney for Defendant
**NICHOLAS GHAFOURIA**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **NICHOLAS GHAFOURIA,** <br><br> Defendant. | Case No.  CR-10-00547-RLH-GWF |

## MOTION FOR REMOVAL FROM THE CM/ECF SYSTEM SERVICE LIST AND ORDER GRANTING MOTION

**COMES NOW, THOMAS F. PITARO, ESQ.**, attorney for **NICHOLAS GHAFOURI**, and files this Motion for Removal from the CM/ECF System List (the "Motion") in the above-entitled matter.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

The basis of this Motion is that counsel for defendant has completed the representation of **NICHOLAS GHAFOURA's** case and defendant has appointed new counsel.

**DATED** this 12th day of March, 2013.

          /S/ Thomas F. Pitaro
**THOMAS F. PITARO, ESQ.**
Nevada Bar No. 001332
1212 S. Casino Center Blvd.
Las Vegas, Nevada  89104
Attorney for Defendant
**NICHOLAS GHAFOURIA**

## ORDER

**IT IS SO ORDERED**.

**DATED** this   14th   day of   March  , 2013.

_____
**UNITED STATES DISTRICT JUDGE**