RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Nicholas Gharfouria

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | 2:10-cr-547-RLH-PAL-1 |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND DEADLINES IN THIS COURT'S MARCH 17, 2015 ORDER BY FORTY-FIVE (45) DAYS** |
| vs. | |
| NICHOLAS GHARFOURIA, | |
| Defendant. | |

The United States of America, by Assistant United States Attorney Elizabeth Olson White, and Defendant NICHOLAS GHARFOURIA, by Assistant Federal Public Defender Nisha Brooks-Whittington, submit the following Joint Stipulation to extend, by forty-five (45) days, all of the deadlines set in this Court's Order dated March 17, 2015. *See* CR 909.

The parties agree and stipulate to the following:

1. On January 3, 2013, this Court sentenced Defendant to 180 months' imprisonment on his conviction for drug-related offenses. CR 758.

2. On March 13, 2015, Defendant filed a *pro se* motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2). CR 908.

3. On March 17, 2015, this Court issued an Order appointing the Federal Public Defender to represent Defendant, and setting deadlines. Specifically, the Court ordered the Probation Office to provide certain documents to the parties within 30 days (i.e., by April 16, 2015)

and ordered the Federal Public Defender to file any appropriate motion or stipulation within 120 days (i.e., by July 15, 2015).  CR 909.

4. Counsel for the defendant needs additional time to research the case to determine whether the defendant is eligible for sentence reduction.

5. The defendant is in custody and does not oppose a continuance.

6. For the reason stated above, the parties respectfully request that the Court issue an order extending the deadlines in the Court's March 17, 2015 Order, by forty-five (45) days.

DATED this 15th day of July, 2015.

Respectfully submitted,

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>_____<br>NISHA BROOKS-WHITTINGTON,<br>Assistant Federal Public Defender | */s/ Elizabeth O. White*<br>_____<br>ELIZABETH O. WHITE,<br>Appellate Chief and<br>Assistant United States Attorney |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: July 16, 2015